IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ERIC MILLER,

      Plaintiff,

     v.

DR. MARK WINCHELL,

      Defendant.

CIVIL ACTION NO.: 6:19-cv-121

## O R D E R

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal.[1] Doc. 11.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** Plaintiff's

construed Motion, **DISMISSES without prejudice** Plaintiff's Complaint, and **DIRECTS** the

Clerk of Court to **CLOSE** this case and enter an appropriate judgment of dismissal.

**SO ORDERED**, this 24th day of June, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Although Plaintiff entitled this filing his Notice of Voluntary Dismissal, he provided no legal basis for his Notice. The Court construes Plaintiff's filing as a Motion made under Rule 41 of the Federal Rules of Civil Procedure. "Federal courts sometimes will ignore the legal label that a *pro se* litigant attaches to a motion and recharacterize the motion in order to place it within a different legal category." Retic v. United States, 215 F. App'x 962, 964 (11th Cir. 2007) (quoting Castro v. United States, 540 U.S. 375, 381 (2003)). Federal courts "may do so in order to avoid an unnecessary dismissal, to avoid inappropriately stringent application of formal labeling requirements, or to create a better correspondence between the substance of a *pro se* motion's claim and its underlying legal basis." Id. (quoting Castro, 540 U.S. at 381–82).